JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
5  Senior Litigation Counsel, Civil Division
   JENNIFER LEE TARN, CSBN 240609
6  Special Assistant United States Attorney
7
8       Social Security Administration
        160 Spear Street, Suite 800
9       San Francisco, CA 94105
        Telephone: (510) 970-4861
10      Facsimile: (415) 744-0134
        Email: Jennifer.Tarn@ssa.gov
11
12 Attorneys for Defendant

13                 UNITED STATES DISTRICT COURT
14                 CENTRAL DISTRICT OF CALIFORNIA
15                       EASTERN DIVISION

16 LISA A. WARE,                    ) Case No. 5:22-cv-00719-ADS
17        Plaintiff,                )
                                    ) **JUDGMENT**
18                                  )
19              v.                  )
                                    )
20 KILOLO KIJAKAZI, Acting          )
21 Commissioner of Social Security, )
                                    )
22        Defendant.                )
   _____ )

23

24

25

26

27

28

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.


DATED:  11/28/22            /s/ Autumn D. Spaeth
                           HONORABLE JUDGE AUTUMN D. SPAETH
                           UNITED STATES MAGISTRATE JUDGE