LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LISA A. WARE,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 22-00719 ADS<br><br><u>ORDER AWARDING EAJA FEES</u> |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED FORTY SEVEN DOLLARS AND 49/100 ($4,247.49), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

   DATE: <u>02/09/2023</u>      <u>/s/ Autumn D. Spaeth</u>
                                      HON. AUTUMN D. SPAETH
                                      UNITED STATES MAGISTRATE JUDGE